```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
VICTORIANO TAVAREZ, *Individually, and On Behalf of All Others Similarly Situated*,

                    Plaintiffs,

-against-

UNIVERSAL YUMS LLC,

                    Defendant.
------------------------------------------------------------- X

1:22-cv-258-GHW

ORDER

GREGORY H. WOODS, District Judge:

The Court amends the order at Dkt. No. 15 as follows: The deadline for defendant to answer or otherwise respond to the complaint is extended to May 12, 2022.

SO ORDERED.

Dated: April 19, 2022
New York, New York

                                             GREGORY H. WOODS
                                             United States District Judge