```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

VICTORIANO TAVAREZ, Individually, and
On Behalf of All Others Similarly Situated,

            Plaintiff,

vs.

UNIVERSAL YUMS LLC,

            Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-00258-GHW

**NOTICE OF VOLUNTARY DISMISSAL**

**MEMORANDUM ENDORSED**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Victoriano Tavarez hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Universal Yums LLC.

DATED: July 14, 2022

**MIZRAHI KROUB LLP**

        /s/ Edward Y. Kroub
      EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: July 14, 2022
New York, New York

            GREGORY H. WOODS
          United States District Judge